IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MALIN NOVAKOV, #A019239079

    Petitioner,

vs.                                  CASE NO.  4:16cv522-WS/CAS

LORETTA LYNCH, U.S. Attorney
General, et al.,

    Respondents.
_____/

## REPORT AND RECOMMENDATION

Petitioner submitted a § 2241 petition on August 19, 2016, in which he asserted that his continued detention in Respondent's custody was unlawful under <u>Zadvydas v. Davis</u>, 121 S.Ct. 2491.  ECF No. 1.  On August 23, 2016, an order was entered directing the Petitioner to either pay the $5.00 filing fee or submit a motion for leave to proceed in forma pauperis by September 23, 2016.  On August 29, 2016, Petitioner's copy of that order was returned to the Clerk's Office and the envelope marked "Return to Sender, No Longer Here."  The online Detainee Locator System, on the Department of Homeland Security's website, shows that the Petitioner is no longer in custody.

Since it appears that the Petitioner is no longer in custody or has been removed, this petition is moot. There is no longer any occasion for release from detention pending removal.

Accordingly, it is **RECOMMENDED** that the § 2241 petition be **DISMISSED as moot.**

**IN CHAMBERS at Tallahassee, Florida, on August 29, 2016.**


 s/ Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**


### NOTICE TO THE PARTIES

**Written objections to these proposed findings and recommendations must be filed within 14 days after being served with a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.</u> A copy of the objections shall be served upon all other parties. If a party fails to object to the Magistrate Judge's findings or recommendations as to any particular claim or issue contained in this Report and Recommendation, that party waives the right to challenge on appeal the District Court's order based on the unobjected-to factual and legal conclusions. See 11th Cir. Rule 3-1; 28 U.S.C. § 636. A party may respond to another party's objections within 14 days after being served with a copy thereof.**

Case No. 4:06cv269-RH/WCS