UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MALIN NOVAKOV,
A# 019239079

       Petitioner,

v.                                                            4:16cv522-WS/CAS

LORETTA LYNCH, U.S.
Attorney General, et al.,

       Respondents.

_____

## ORDER OF DISMISSAL

       Before the court is the magistrate judge's report and recommendation (doc. 5) docketed August 29, 2016. The magistrate judge recommends that the petitioner's petition for writ of habeas corpus be dismissed as moot.

       Upon review of the record, this court has determined that the recommendation should be adopted.

       Accordingly, it is ORDERED:

       1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order of the court.

2. The petitioner's petition for writ of habeas corpus is hereby DISMISSED

as moot.

3. The clerk shall enter judgment stating: "All claims are DISMISSED."

DONE AND ORDERED this ___6th___ day of ____September____, 2016.




s/ William Stafford_____
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE